AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LATOYA O. I-IAGAN,

Plaintiff,

v.

GAS PRO; BILLY T. HODGES; and
AM-PM CONVENIENCE STORE,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 625-058

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated January 29, 2026, the Report and Recommendations of the U.S. Magistrate Judge is adopted as the opnion of this Court. Plaintiff's Complaint is dismissed for failure to state a claim upon which relief may be granted. This case stands closed.

January 29, 2026
Date

John E. Triplett, Clerk of Court
Clerk

*James R. Burrell* (signature)
(By) Deputy Clerk

GAS Rev 10/2020