U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FEB 20 2026

FILED

LATOYA O. HAGAN,                        )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  )        CV 625-058
                                        )
GAS PRO; BILLY T. HODGES; and           )
AM-PM CONVENIENCE STORE,                )
                                        )
        Defendants.                     )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's case because Plaintiff fails to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 20th day of February, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA